## N. R. PARKS

v.

### COMMONWEALTH of Kentucky.

Court of Appeals of Kentucky.

Feb. 24, 1956.

Lloyd E. Rogers, Cynthiana, for appellant.

J. D. Buckman, Jr., Atty. Gen., Wm. F. Simpson, Asst. Atty. Gen., for appellee.

### PER CURIAM.

Appellant, N. R. Parks, was first convicted on a warrant in the Harrison Quarterly Court for the offense of selling alcoholic beverages without a license, a crime denounced by KRS 243.020(1). Upon appeal to the Harrison Circuit Court he was again tried and convicted of said offense, and the punishment imposed by the jury was a fine of $200 and imprisonment for sixty-five days. His appeal is based on (1) the alleged admission of incompetent evidence; (2) the alleged improper remarks of the Commonwealth's Attorney in argument; and (3) the court's refusal of an amended motion for a new trial.

Finding no merit in the grounds upon which appellant relies in urging reversal, the motion for an appeal is overruled and the judgment is affirmed.